FILED
2026 JAN 28 PM 2:10
CLERK
U.S. DISTRICT COURT

# United States District Court

for the
District of Utah

RECEIVED
By THewlett at 2:52 pm, Jan 14, 2026

UNITED STATES OF AMERICA

V.

**WILDER ALEXIS FLORES SALGUERO**

## ARREST WARRANT

Case No: 2:25-CR-349-001 CW

**DESIGNATED LOCATION:** ☒ **Salt Lake City** ☐ **St George**

To: The United States Marshal
and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested) VICTOR ABARCA-NAVARRETE,

who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment ☒ Superseding Indictment ☐ Information ☐ Superseding Information

☐ Complaint ☐ Order of court ☐ Violation Notice ☐ Probation Violation Petition

☐ Supervised Release Violation Petition

This offense is briefly described as follows:

**18 U.S.C. 1956(h) Conspiracy to Launder Money**

United States District Court — WARRANT — District of Utah

in violation of **18 U.S.C. 1956(h)** United States Code.

| | |
|---|---|
| Clark Waddoups | United States District Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| A. Bowers | January 14, 2026 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |

By:A. Bowers
Deputy Clerk

Bail fixed ______________________ by ______________________
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at ______________________

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 01/14/2026 | SA Brittani Wingert | Brittani Wingert |
| DATE OF ARREST 01/21/2026 | | |